### 5638.   FIRST NATIONAL BANK *v.* BROOKS & CO.

WADE, J. The only issue in this case, so far as appears from the record, was whether or not the indorsements and assignments entered on the three drafts sued upon were so entered bona fide and before maturity. While the evidence upon this point apparently preponderates in behalf of the plaintiff, still there is some evidence to authorize the finding which the jury returned in favor of the defendants, and since, in the state of the record, the errors complained of were immaterial, the discretion of the trial judge in refusing a new trial will not be interfered with.

*Judgment affirmed. Roan, J., absent.*

DECIDED AUGUST 22, 1914.

Appeal; from Greene superior court—J. G. Faust, judge pro hac vice. February 17, 1914.

*J. P. Brown,* for plaintiff. *Noel P. Park,* for defendant.